DAYLE ELIESON
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER VANGEMERT, | Case No. 2:18-cv-00657-JCM-NJK |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from October 4, 2018 to **October 18, 2018**. This is Defendant's second request for extension. Counsel is not feeling well on the date of the current filing deadline and is getting migraine symptoms, which impairs her vision. Counsel apologizes for the belated request, but cannot control the onset of her migraines and made this request as soon as practicable. Due to current workload demands and unanticipated leave, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Remand. Defendant makes this request in good faith with no intention to unduly delay the

- 1 -

proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 4, 2018
*/s/ *Joshua Harris*
(*as authorized by email on October 4, 2018)
JOSHUA HARRIS
Attorney for Plaintiff

Dated: October 4, 2018
DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
By  /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: October 5, 2018

HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE