| | |
|---|---|
| 1 | DAYLE ELIESON<br>United States Attorney |
| 2 | District of Nevada |
| 3 | TINA NAICKER, CSBN 252766<br>Special Assistant United States Attorney |
| 4 | 160 Spear Street, Suite 800<br>San Francisco, California 94105 |
| 5 | Telephone: (415) 268-5611<br>Facsimile: (415) 744-0134 |
| 6 | E-Mail: Tina.Naicker@SSA.gov |
| 7 | Attorneys for Defendant |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CHRISTOPHER VANGEMERT, | ) | |
| | ) | Case No. 2:18-cv-00657-JCM-NJK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT STIPULATION AND [PROPOSED]** |
| | ) | **ORDER FOR EXTENSION OF TIME FOR** |
| NANCY A. BERRYHILL, | ) | **DEFENDANT TO RESPOND TO PLAINTIFF'S** |
| Acting Commissioner of Social Security, | ) | **MOTION FOR REMAND** |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from October 18, 2018 to **October 25, 2018**. This is Defendant's third request for extension. Counsel has been out of the office on sick leave due to the flu/cold. Counsel apologizes for the belated request, but did not anticipate taking additional sick leave and made this request as soon as practicable. Due to current workload demands and unanticipated leave, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Remand. Defendant makes this request in

- 1 -

good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 17, 2018     */s/ \*Joshua Harris*
(\*as authorized by email on October 17, 2018)
JOSHUA HARRIS
Attorney for Plaintiff

Dated: October 17, 2018     DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
By   /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: October 18, 2018

HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE